## (September 20, 1963)

■ In the Matter of Francis Bloeth, Appellant, v. Charles Cyrta, as Warden of Suffolk County Jail, et al., Respondents.— Motion by appellant for assignment of counsel to prosecute appeal, denied without prejudice to renewal after appellant shall have filed and served a timely notice of appeal from the order. No appeal lies from a *decision* of a court, but only from the order or

judgment entered thereon. Beldock, P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.